ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| CLEM UNDERWOOD, | CASE NO: CIV-F 07-1564 GSA |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from June 6, 2008 to July 6, 2008.

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.  The Appellant's Attorney will be out of the state of California from May 21, 2008 until June 7, 2008.

                                  Respectfully submitted,

                                  /s/ Robert D. Christenson

Dated:   May 13, 2008              ROBERT D. CHRISTENSON
                                           Attorney for Plaintiff


Dated:   May 13, 2008              **McGREGOR W. SCOTT**
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Chief Counsel, Region IX
                                           Social Security Administration


                                           /s/ Donna M. Montano
                                           (Per Telephone Authorization)
                                           _____
                                           **DONNA M. MONTANO**
                                           Special Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   May 16, 2008**                         **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE