1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA WADE ANDERSON
4  Supervisory Attorney
   Special Assistant United States Attorney
5  Social Security Administration

6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone: (415) 977-8930
       Facsimile: (415) 744-0134
8      E-Mail: Donna.W.Anderson@ssa.gov

9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                            **FRESNO DIVISION**

13

14 CLEM KENNETH UNDERWOOD,          )
                                    )   CIVIL NO. 1:07-cv-01564-GSA
15         Plaintiff,               )
                                    )   **STIPULATION AND ORDER TO**
16         v.                       )   **EXTEND TIME TO FILE**
                                    )   **RESPONDENT'S BRIEF**
17 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
18                                  )
           Defendant.                )
19 _____ )

20

21      The parties, through their respective counsel, stipulate that the time to respond to Appellant's
22 Opening Brief is extended from August 4, 2008 to September 3, 2008.
23      This is Defendant Michael J. Astrue, Commissioner of Social Security ("Respondent")'s first
24 request for an extension of time in this case. Respondent requires an additional 30-day period to file his
25 responsive brief because the attorney initially assigned to prepare Respondent's Brief recently
26 //
27 //
28 //

transferred to another component of the Social Security Administration and no longer may appear in this action.

                                    Respectfully submitted,

Dated: August 1, 2008                 /s/ *Robert D. Christenson*
(*Per telephone authorization this date*)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: August 1, 2008                McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

                                    /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Supervisory Attorney
Special Assistant United States Attorney
Social Security Administration
Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   August 6, 2008**                **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE